UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

    vs.

ERIC HELF,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

110 Cr. 255 (WJM)

**ORDER**

IT IS HEREBY ORDERED THAT:

    The conditions of defendant ERIC HELF's probation are modified to allow for him to travel to Antigua from December 24, 2013 through January 3, 2014.

SO ORDERED:

_____
HONORABLE WILLIAM J. MARTINI
United States District Judge

DATE: 11/26/13